THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* HENRY HOROWITZ and TRANSBROOK THEATRES, INC., Respondents.

Argued October 3, 1955; decided October 5, 1955.

*Harold Dublirer* for motion.

*Edward S. Silver, District Attorney (David Diamond* of counsel), opposed.

Motion to dismiss appeal denied.